# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

June 10, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526


      Re:  Bowers + Kubota Consulting, Inc., et al.
            v. Julie A. Su, Acting Secretary of Labor
            No. 23-1286
            (Your No. 22-15378)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 6, 2024 and placed on the docket June 10, 2024 as No. 23-1286.


Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst